United States District Court
for the District of Columbia

---

Appellate Brief Draft

---

— 
**Lex non deficere potest in justitia exhibenda**
The law cannot fail in dispensing justice

Darrell Prince

Petitioner

(347) 286-8248

prince.darrell@gmail.com
Amended Date: 08-30-2020

Case: 1:20–cv–03264
Assigned To : Unassigned
Assign. Date : 11/5/2020
Description: Pro Se Gen. Civ. (F–DECK)

Plaintiff incorporates by reference any and all filings history submitted to Eastern District of Pennsylvania on 16-6702, 3rd Circuit 17-1482, as well as Supreme Court filings on the matter, as well as the Senate report on Russian Election interference, and the Mueller Report as though fully set forth herein

## Table of Contents

INTRODUCTORY STATEMENT _____ 2

PARTIES _____ 5

STANDING _____ 7

JURISDICTION AND VENUE _____ 8

FACTS OF CASE _____ 9

1ST CLAIM FOR RELIEF _____ 12

2nd CLAIM FOR RELIEF _____ 14

3rd CLAIM FOR RELIEF _____ 15

55)   Wesberry v Sanders _____ 16

6)   This number represents approximately 3.5 times the difference in the popular vote in the 2016 Presidential election, and approximately 100x the difference in the 4 swing states that resulted in the electoral college win.                                    17

RECEIVED
NOV - 5 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Apportionment: Island territories and the District of Columbia     18

Apportionment: Prison Gerrymandering and Felony Disenfranchisement     20

_____ 4th CLAIM FOR RELIEF_____     24

_____ 5th CLAIM FOR RELIEF_____     27

_____ RELIEF SOUGHT_____     31

## INTRODUCTORY STATEMENT

**ex parte Yarbrough, 110 US 651 - Supreme Court 1884**

*It is as essential to the successful working of this government that the great organisms of its executive and legislative branches should be the free choice of the people as that the original form of it should be so. In absolute governments, where the monarch is the source of all power, it is still held to be important that the exercise of that power shall be free from the influence of extraneous violence and internal corruption.*

*In a republican government, like ours, where political power is reposed in representatives of the entire body of the people, chosen at short intervals by popular elections, the temptations to control these elections by violence and by corruption is a constant source of danger.*

*Such has been the history of all republics, and, though ours has been comparatively free from both these evils in the past, no lover of his country can shut his eyes to the fear of future danger from both sources*

1) The ballot box – the mechanism of empowering We the People of the United States to express our collective will and to shape a government best suited to dispense Justice, and secure freedom and prosperity for inhabitants. It is also the nexus for the raw power and capital of the United States government; management board for the richest and most powerful country in the history of the world. After raising $$$, knocking on doors, speeches, carefully choosing popular stances, signs, slogans, phone calls and rallies day in, and day out for months and years, doing verbal battles rallying a team against the other side,  finally City/state/federal office is achieved after vanquishing an opponent. The victor is now in charge of the ballot box, and the rules governing access to it. The job; make sure maximum numbers of people access the system. But reward for doing this job well is if people who disagree vote in sufficient numbers, the job is lost. The ballot

3

box; meant as the penultimate regulatory system and check on runaway governmental power, it is also the ultimate moral hazard.

2) It is hard to imagine a more likely target of intrigue; national elections in the United States affect trillions of dollars per year, and billions of people, certainly the POTUS is known to billions worldwide. Even Individual states have the GDP's of major countries(NJ=Iran, California=France, etc)

3) Despite a "colorful" history with elections, that is, with well trodden experience in removing color from it's elections, and every type of election fraud having been tried and caught, at this juncture it appears to be a system that depends principally upon good faith, trust, and in this era, information technology security competency of county clerks- all of them- from Sheboygan to Houston to New York City to Wilkes- Barre and Maricopa being better than that of the Democratic National Committee(see Mueller report).

4) This action is undertaken as a necessary corrective action to address a defective election, secure the United States election system(used to select the people responsible for implementing and executing the United States Constitution,) from enemies foreign and domestic; and thus in order uphold the guarantee of a republican form of government, process due to the most vital instrument of implementing the peoples will- the selection of their representatives.

5) This case is about establishing firm, national standards for "due process", translated as sufficient process and data integrity in elections; difficult

6) It appears very clear that the Presidential election of 2016 was marred by a number of factors;  and that there is no reason to believe that 2020 would be any different;

7) As it currently stands, there appears to be nearly zero active enforcement of existing election law criminal statutes, over the past few decades, despite a multi decade pattern of criminal behavior; but even what has reached the courts, and proven, seems to have treated as strictly civil violations, despite a paper trail, and far wider harms than nearly every prisoner on Earth (admittedly far less acute harms, but the loss of honest government hurts most people)

8) little to no auditing of voting machines that is in line with existing best practices,  nor vetting of the companies (Diebold had to settle 50 million for international fraud and bribery, designed by felons convicted of hacking, and have in the past promised to deliver votes to a political party) and their proprietary, black box code, nor management. More than 20% of elections have no paper record; and if 75% votes of Federal elections have a secure chain of custody I will be glad, but hardly satisfied

9) To this date, despite a Special Counsel's(former head of the FBI) detailed report of breaches of DNC infrastructure by a foreign government, as well as that of an elections systems vendor, no systems audits have been conducted, to determine if in fact, voting

machines or the providers of election systems breached (like VR systems via Mueller Report) affected their clients (North Carolina, Florida)

10) Since the original filings, the Mueller report,  the McCrae Dowless electioneering fraud, and a Michigan case of election fraud have been reported.
The concrete and measurable legal standard used to quantify/qualify the myriad claims here, is the standard for overturning an election.  amount of undue and illegal tampering of votes matching or exceeding the difference in the election differential. Two precedents specifically noted :the federal Toney v White, and the operating precedent in the state, which is Grey v Sadler.

The number of votes that resulted in the electoral college victory was 77,000 across Michigan, Pennsylvania and Wisconsin, or 107,000 if North Carolina is to be included, where fraudulent elections have already been found in a federal election, as well as a District and Circuit Court Opinion a finding of racially discriminatory intent. . Several issues that meet that narrow threshold; and in general, a critical but delicate mechanism for the execution of the Constitution, that do not live up to. So the possibility  107,000 vote shift then, is what must be acted upon by any Court responsible to  Constitution.

a. the GOP breached a contract (consent decree)it had with the DNC, demonstrating flagrant contempt for the authority of the Third Circuit ruling; in a manner which meets the elements of conspiracy to deny rights and defraud the United States; with the evidence being the pattern of 8-14 federal court cases on Rs, Crosscheck, and violations of 14th and 15th amendment rights, which meet federal criterion for  criminal 18 USC 242 Violations that could win prosecutions with the evidence already submitted to the Courts, in a Pattern that stretches through a Washington burglary ordered from the White House, to a 1981 Roger Stone Strategy

1. Voter ID laws, where two Appellate Courts found clear evidence of efforts to remove qualified voters from the rolls to improve their chances at re-election

2. Crosscheck

I want court Evidence review of the timeline of events, and the Court to make the determination de novo as to whether or not criminal Constitutional, civil rights were violated. What other charges should have been applied in those instances and why. To serve as literal text book examples to guide future cases Justice must adjust.

b. Elector fraud – 50 of the electors- the single purpose representatives tasked with the actual election of the President, were equally disqualified from voting via state law as actual undocumented immigrants, being outside of their jurisdictions or already holding state office in states which forbid it, alone, this is easily ground for overturning an election

c. Apportionment- 11+ million citizens of the United States are denied the right to vote, for various reasons; Congress is not apportioning the United States according to the relevant Constitutional process outlined amendment 14-2. Rather than a matter which needs to demonstrated,  a case or controversy the facts of which are what summary judgement is for;  the only questions is how much does this affect voting rights, and the answer is from a lot, up to potentially most all disenfranchisement issues since the Civil War, the Congressional Apportionment map, the outcome of Presidential elections, and obviously the Congressional district distributions.

d. Emoluments- as per the complaint on December 30,th 2016 the US government is not equipped to handle initiation of civil and criminal enforcement of the Constitutional head of Department of Justice. It is 2019 and the financial documents requested by Congress have not been delivered.  Supreme Court clarification should take less than a week, tops. Theres a broad swath that must be examined.  The interviewees with public depositions of Department Heads from the previous administration, including President Obama. In incidents like this, it could be appropriate for the prior President to retain Jurisdiction, over matters originating in his Office. Presidents still receive US pay checks, and at no time can a person oversee investigations into themselves, and in those situations, you would need a President. The Court will of course retain Special Master or Evidence Board, to be held at the DC Circuit, where the Chief Judge shall hold First Position.

e. The entire elections system must undergo full systems audit, and the Court will determine rules of evidence regarding elections, and the civil responsibilities for record keeping.

# PARTIES

11) Plaintiff- DARRELL PRINCE is a second generation scientist, of Virgin Islander descent, whose few years of professional work was in quality assurance for major

pharmaceutical companies, testing products to assure they were within legally mandated boundaries, and making sure that the results of the tests, the equipment used to make the tests, the tests themselves, and the way the tests were recorded, were both accurate-(very close to real values 95 -105 mg if box says 100 mg) and precise(1000 tries of a test produce 1000 very similar results), according to federal standards of cGMP and 21 CFR Part 11.We used systems designed specifically for legal investigation holding all information on people processes equipment used, validation histories and deviations from processes in a format that would be difficult to change records, and easy to detect. Plaintiff also did consulting work on incentives management at two different Philadelphia sales and marketing consulting companies.

12) KRIS KOBACH, named for his role promoting the Interstate Crosscheck program. is the former Secretary of State of Kansas; fined for contempt of court for refusing to comply with a court order to register 19,000 Kansans, and then for refusing to notify the voters. former GOP State Chairman for Kansas; was fined by the FEC for failure to pay state and federal taxes during his tenure.

13) MIKE PENCE, named as role of Vice President of the United States, but more specifically in his role as President of the Senate in lieu of Joseph Biden, as the Vice President is responsible for counting electoral votes, also part of the ticket being challenged for veracity

14) DONALD J.TRUMP, named as the individual placed into the White House via the Electoral College vote

15) REPUBLICAN NATIONAL COMMITTEE- named here as a corporate person, and party to DNC RNC consent decree, responsible for state franchises and driver/center of a network of political affiliates

16) RONNA ROMNEY MCDANIEL Current head of the Republican National Committee; in lieu of Reince Preibus who was the head of the RNC at the time of the vote that gives rise to this complaint.

17) NANCY PELOSI, Speaker of the House of Representatives

18) ALL STATE , TERRITORY, NATIVE AMERICAN(INDIAN) REGIONAL ADMINSTRATIONS  AND CAPITAL DISTRICTS SOVEREIGN LEGAL AUTHORITIES UNDER ADMINSTRATION OF THE UNITED STATES

CONSTITUTION, FOR COMMENT AS APPROPRIATE ASSUMED TO BE ATTORNEY GENERALS, AND SECRETARYS OF STATE FOR RECORDS REVIEW, NOTICE, AND PUBLIC COMMENT/AMICUS BRIEF

## STANDING

This action is taken in my role as:

1. An American citizen (government cannot commit crimes, nor fail to take action required of it by law and claim lack of standing)
2. A 2016 voter in the Presidential election(vote dilution, lack of due process, protection from false tally)

2) Any and all of the claims for relief listed here are primarily related to voter standing, which  even modern template dismissal cases, like Lujan v Wild Life Defenders acknowledge as having special consideration for individual's claims.

### Baker vs Carr(1962)

*These appellants seek relief in order to protect or vindicate an interest of their own, and of those similarly situated. Their constitutional claim is, in substance, that the 1901 statute constitutes arbitrary and capricious state action, offensive to the Fourteenth Amendment in its irrational disregard of the standard of apportionment prescribed by the State's Constitution or of any standard, effecting a gross disproportion of representation to voting population. The injury which appellants assert is that this classification disfavors the voters in the counties in which they reside, placing them in a position of constitutionally unjustifiable inequality vis-a-vis voters 208\*208 in irrationally favored counties. A citizen's right to a vote free of arbitrary impairment by state action has been judicially recognized as a right secured by the Constitution, when such impairment resulted from dilution by a false tally, cf. United States v. Classic, 313 U. S. 299; or by a refusal to count votes from arbitrarily selected precincts, cf. United States v. Mosley, 238 U. S. 383, or by a stuffing of the ballot box, cf. Ex parte Siebold, 100 U. S. 371; United States v. Saylor, 322 U. S. 385.*

*It would not be necessary to decide whether appellants' allegations of impairment of their votes by the 1901 apportionment will, ultimately, entitle them to any relief, in order to hold that they have standing to seek it. If such impairment does produce a legally cognizable injury, they are among those who have sustained it. They are asserting "a*

8

*plain, direct and adequate interest in maintaining the effectiveness of their votes,"*
*Coleman v. Miller, 307 U. S., at 438,*

3) Any injury that could have produced a difference in the winner of the Presidential election is a cognizable injury. Evidence of direct violations of the Constitution, are not allowed to simply be rejected by any Court or Office of Jurisdiction, and both Misprision and 42 USC 1986 suggest penalties reserved for officers of the law not taking responsibility for resolution, or, often, transfer .

# JURISDICTION AND VENUE

*Cohens v. Virginia: "It is most*

*true that this Court will not take jurisdiction if it should not: but*

*it is equally true, that it must take jurisdiction if it should. The*

*judiciary cannot, as the legislature may, avoid a measure because*

*it approaches the confines of the constitution. We cannot pass it by*

*because it is doubtful. With whatever doubts, with whatever difficulties,*

*a case may be attended, we must decide it, if it be brought*

*before us. We have no more right to decline the exercise of jurisdiction*

*which is given, than to usurp that which is not given. The one*

*or the other would be treason to the constitution."*

1) The standard for jurisdiction for Apportionment/voting rights cases is

Baker vs Carr(1962)

2) *Article III, § 2, of the Federal Constitution provides that "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their*

*Authority . . . ." It is clear that the cause of action is one which "arises under" the Federal Constitution. The complaint alleges t hat the 1901 statute effects an apportionment that deprives the appellants of the equal protection of the laws in violation of the Fourteenth Amendment. Dismissal of the complaint upon the ground of lack of jurisdiction of the subject matter would, therefore, be justified only if that claim were "so attenuated and unsubstantial as to be absolutely devoid of merit," Newburyport Water Co. v. Newburyport, 193 U. S. 561, 579, or "frivolous," Bell v. Hood, 327 U. S. 678, 683.[17] That the claim is unsubstantial must be "very plain." Hart v. Keith Vaudeville Exchange, 262 U. S. 271, 274.*

3) Operative word in the previous Constitutional quote is "all". The matters contained within are  primarily of 1st order- direct text- violations of Constitutional rights. As the substantiality of the claims herein  is weighed against the standard of "reasonable grounds for overturning an election"

4) Venue is proper as assigned to the District Court nearest to the location of the complaint consistent with Federal Rules for Civil Procedure and 28 USC 1343

5) This document is a petition for redress of grievances protected by the 1st amendment, pertaining to voting rights, a direct violation of  1st order (Constitutional text)rights secured by the  5th, 12th, 13th, 14th, and 15th amendments, and addresses issues held to be fundamental to citizens of the United States in the Declaration of Independence.

6) This civil action is brought in law and equity under 42 U. S. C. §§ 1983, 1985 and 1988, as to redress the deprivation of federal constitutional rights. These include claims under 14th   (due process and/or privileges and immunities)& equal protection clauses) and 15thamendments.

7)  Filing is timely; as it pertains to harms, and claims 2016 when the original case was filed 16-6702 in the Eastern District of Pennsylvania; but also has the necessary time built in to have remedies in place for Presidential election of 2020 IF no delay on the audit request.

## FACTS OF CASE

8) Plaintiff voted in the 2016 Presidential election in Southern New Jersey, in person, and had state ID checked, signed into a paper poll book, and voted on a machine which generates no back up. After voting for a Democratic candidate for President and a Republican Congressman; the results were called by several news agencies without formal affiliation with the government, more than a month before the actual votes for President were cast, (reminiscent of what would be called " tampering " in a different governmental proceeding.)

9) Much later, Plaintiff learned that the DRE voting machine he voted on, was illegal via Gusicora vs McGreevey (2006), 10 years earlier, with promises to the court of swift implementation of NJ 19:53A-3 i

10) In 2016 the Republican candidate substantially outpaced polls in swing states[i]- a red flag in international election monitoring.

11) The win was from 4 key swing states, PA, WI, MI, NC- amounted to less than 107,000 votes, out of 108,000,000 votes cast or .01% of the total, meeting the standards for recount in all.

12) Recounts were initiated in 3 states, Pennsylvania, Wisconsin and Michigan, and all three were shut down by court order or failed to have full recounts(Wisconsin's refused a hand recount, despite the the ruling judge calling hand recounts "the gold standard" for recounts – opting for a software only "recanvass" – equivalent to refreshing your browser- for the urban districts- more than 40%of the vote).

13) These 4 states maintain a disproportionate balance of votes to representation already; in all four states cases are either concluded or pending regarding unconstitutional partisan



gerrymandering.

14)

15) The popular vote winner, Hillary Rodham Clinton by nearly 3 million votes, lost by a significant margin in the electoral college.

16) The electoral college significantly dilutes the vote of people who live in larger states, which allows 62 >65 million.

---

[i] TDMS Research

17) . 50+ electors were unqualified because they were either:

a.) State employees in states which bar them from holding two or more representative positions,

b.) from outside of the districts they claimed to represent.

If upheld, this would leave no candidate with the necessary 270 Electoral votes to be President.

18) In January of 2017, Congress under VP Joseph Biden refused to hear objections made by Representatives- the process requires both House Reps and Senators to challenge.

19) There were 11 million citizens who were ineligible for federal voting in the United States in 2016.

20) 4 million ( > 75% minority, 1.2% of the US population) of the American population in Guam, Puerto Rico and the Virgin Islands because Congress has not either granted statehood or other method of apportioning in millions of American citizens have no federal representation under the law, for decades.

21) Puerto Ricans voted for US statehood in 2016.

22) The Supreme Court invalidated the preclearance portion of Voting Rights Act in Shelby vs Holder in 2014, and immediately new restrictive laws were passed in many Southern states.

23) There were decisions in several states against the Republican party that would have had discriminatory effect- 2 were found to have discriminatory intent to suppress the votes of minorities, No 42 USC 1971 patterns and practices case was initiated, and certainly appears to have been warranted,

24) 6 million Americans- (2.47% of the US Voting age Population) are unable to vote because they have been disenfranchised by their states due to prison time.

25) 14-2 Amendment apportionment correction has not been attempted by Congress (GPO Annotated Constitution)

26) A post-election study by Priorities USA, a Democratic super-PAC that supported Clinton, found that in 2016, turnout decreased by 1.7 percent in three states that adopted stricter voter ID laws but increased by 1.3 percent in states where ID laws did not change. Wisconsin's turnout dropped 3.3 percent. If Wisconsin had seen the same turnout increase as states whose laws stayed the same, "we estimate that over 200,000 more voters would have voted in Wisconsin in 2016."

27) GAO report 14-834 concluded that in fact, tightening Voter ID regulations depressed turnouts for very specific demographics – young, poor or minority voters, compared to other states with similar demographics, by greater than 2% in Tennessee and Kansas

28) From the Wisconsin partial recount report. "In a few precincts, vote totals were altered by more than 20%. In 646 of the state's 3,500 precincts vote totals were changed by more than 1%--four times the margin currently in Wisconsin law that would allow a candidate to seek a free recount."

# 1ST CLAIM FOR RELIEF

Crosscheck and Voter ID laws were a breach of contract, the 3rd Circuits DNC RNC Consent Decree, as well as criminal statutes regarding official elections conduct, as part of a pattern of behavior going back decades. The sheer quantities of voters purged from the rolls meets the Toney v White standard for overturning elections

*DNC v RNC CONSENT DECREE; FISH V KOBACH 42 USC 1971; 18 USC 241; 18 USC 242; 52 USC 10101; RICO STATUTES; VOTING RIGHTS ACT; NVRA; TONEY VS WHITE;  GREY V SADLER NJ;   INDIANA NAACP VS LAWSON, FISH V KOBACH*

29) In 2016, the Republican party, and all agents and agencies in it's sphere, were under a consent decree which restricted any ballot security initiative- defined as compiling voter challenge lists to remove voters from the rolls or attempts to combat voter fraud without court preclearance.

30) *"The RNC agreed that the RNC, its agents, servants, and employees would be bound  by the Decree, "whether acting directly or indirectly through other party committees." (DNC- RNC Consent Decree, 1981)*

31) *"Ballot security" is defined to include "any program aimed at combating voter fraud by preventing potential voters from registering to vote or casting a ballot." (1987 Modification definition)*

*The modifications state that the RNC shall not engage in, and shall not assist or participate in, any ballot security program unless the program (including the method and timing of any challenges resulting from the program) has been determined by this Court to comply with the  provisions of the Consent Order and applicable law. Applicationsby the RNC for determination of ballot security programs by the Court shall be made following 20 days[sic] notice to the DNC . . .c*

32) The reasonable assumption is made here that state party members , and Republican legislators are agents for the purposes of the decree. It was a state party- NJ- originally responsible for the decree. Nor is it unreasonable to assume the national party would send email to the state party heads, with a header : "Urgent distribute widely; related to a court order and can put you legal jeopardy."  The consent decree would be meaningless if it were suggested that simply shifting the impetus of the action to a role to a subsidiary

organization with overlapping membership, and goals, i.e, operating as a state party representative.

33) It does not seem plausible, that a state party or any subsidiary organization, could be found guilty of such egregious violations- a history of similar violations, to receive such a sweeping order and mandate to change behavior nationally, but only apply to the parent organization that, did not commit the infraction leading to the relief?  This is the equivalent of Mc Donald's can no longer sell French fries, except for retail locations.

*DNC RNC Consent Decree 2010*
*1990: However, the Court also found that*
*the RNC violated the Consent Decree by failing to give the*
*state parties guidance on unlawful practices under the*
*Consent Decree or copies of the Decree when the RNC gave*
*them ballot security instructional and informational materials.*
*The Court held that the RNC must provide a copy of the*
*Consent Decree, or information regarding unlawful practices*
*under the Consent Decree, along with any such instructional*
*or informational materials that the RNC distributes in the*
*future to any state party.*

34) A presumed counter argument is that legislators are somehow exempt and that actions taken in the legislative role cannot be construed as strictly advancing the party agenda; or something similar. The presence of admitted partisan gerrymandering belies the premise, as does the appearance of similar substance proposals introduced in the same time period in 10+ states, in the case of "voter id" initiatives, and the propagation of Crosscheck.

35) The Republican Party has never requested court preclearance, indicating an organizational tendency, cross chairpeople and decades, to refuse a court ordered contractual obligation undergirded by criminal statutes.

36)  The RNC has been found to violate the consent decree, by the courts specifically 3 times, after the initial violations of Federal law that lead to the consent decree.

37) While the Consent Decree is civil law- the more appropriate law to be applied is criminal; 18 USC 241 and 242 – criminal conspiracy to deny rights, and deny rights under the color of law.

38)   Kris Kobach of Kansas, formerly the Secretary of State of Kansas and state GOP official was the administrator of the Interstate Crosscheck program and expanded it to its maximum in 29 states.

39) Kris Kobach refused to register 19,000 voters until ordered to in federal court. He did not comply until the day before a contempt hearing. He then added the voters but did not notify registrants, which got him brought back and formally charged with contempt of court. (Fish v Kobach)

40) In December 2007, Kobach sent an email saying, "[T]o date, the Kansas GOP has identified and caged more voters in the last 11 months than the previous two years."[2]

41) The Interstate Crosscheck program, which matches first and last names- sometimes birthdays, and flags people across states as potential double voters.

42) There were 7.2 million names(equivalent to 3% of the US population) on this list of possible "double voters". 7.2 million Americans under suspicion of a felony with the evidence being having similar names in another state.

43) If the rest of the 28 states followed suit- 1 million people would have been purged.

44) For 2 examples, 450,000 voters on the Crosscheck list in Michigan- a surprise win for Mr. Trump by 13,000 votes- 590,000 on the North Carolina list- a win by 177,000 votes.

45) According to a 2014 letter Need to Know request by the PA ACLU to PA Department of State, Pennsylvania has "no records regarding the purging of voters"[3]

46) It is reasonable to assume that due process for purging voter rolls; a debatable but plausible compelling state interest, albeit one which has very real risks of violating citizen rights,  requires keeping records of citizens purged, for 2 purposes
   1. Fixing mistakes (see Texas's error riddled purge in 2019), to avoid violations of citizen rights
   2. Detecting voter/election fraud – Voter roll purging is a very old voter suppression technique, and a federal precedent for overturning elections. If, as is so frequently asserted, people assuming the identities of dead people vote in substantial numbers; it hardly seems helpful to permanently terminate all records; such scandals are felonies, and this would be destroying evidence.

# 2nd CLAIM FOR RELIEF

## 50 fraudulent Electoral College electors in Election of 2016

EXHIBIT E (RED STATE REVIEW );  42 USC 1985; CONSTITUTION ARTICLE II, 12th AMENDMENT,  ARTICLE II, SECTION 1

47) Like several elements of the Federal Constitution , Article 2 section 1  Presidential elector qualifications  are reflected in dozens of state Constitutions, requiring that  a) electors represent their geographic district or   b).not hold other offices or positions tasked with making decisions

48) 50 of the electors[4]- the single purpose representatives tasked with the actual election of the President, were equally disqualified from voting in the electoral college via state law

---

[2] *Blumenthal, Max. "Backlash on the border". Salon. Retrieved May 22, 2017.*

[3] https://www.aclupa.org/files/4313/9715/1428/PA_DOS_RTK_Documents_3-10-141.pdf

[4] See Exhibit E Red State Review

as actual undocumented immigrants voting in a general election, being outside of their jurisdictions or already holding state office in states which forbid dual office holding.

49) 50 Trump electors disqualified, drops Mr. Trump below 270, and thus, invalidates his Authority as President

50) The most obvious example was the state Attorney General of Florida, Pamela Jo Biondi, who was one of the Republican Party's designated electors.

*Florida Constitution Article 2 § 5(a). SECTION 5.*

*Public officers.— (a)*

*No person holding any office of emolument under any foreign government, or civil office of emolument under the United States or any other state, shall hold any office of honor or of emolument under the government of this state. No person shall hold at the same time more than one office under the government of the state and the counties and municipalities therein, except that a notary public or military officer may hold another office, and any officer may be a member of a constitution revision commission, taxation and budget reform commission, constitutional convention, or statutory body having only advisory powers.*

51) Dual holding statute is enforced strongly in Florida; however the Florida Attorney General's document on dual office holding doesn't mention Presidential Electors at all. On it's face Presidential elector would appear to be an office of honor, chosen to cast the actual votes for President of the United States, representing more than 500,000 people for their districts. [5] There are several exceptions, from mosquito panels to community college boards (but none other that elect the states representatives to a special board mirroring Congress, as 435/304,000,000 holding the responsibility of representing their respective state, to decide on the Presidency of the United States)

52) All of Floridas electors appear to have been similarly disqualified.

53) The same pattern albeit, applies to 50 Trump electors, dropping the actual number below 270

54) Often, there is a push, and a claim that somehow, Congress must accept the states' electoral votes, after a certain date though sparsely supported through text

# 3rd **CLAIM FOR RELIEF**

Apportionment map was not completed with Constitutionally mandated process, which includes 11 million citizens with no voting representation in Congress(more than 65% people of

---

[5] http://myfloridalegal.com/webfiles.nsf/WF/MRAY-6S3PP7/$file/dual.pdf

color), and the 15 million long term "undocumented" who are still required by law to be formally counted.

14TH AMENDMENT (DUE PROCESS, PRIVILEGES AND IMMUNITIES) AND 14-2, AND 14-3, 13th and 15th, Declaration of Independence, Baker vs Carr (1962)

## Wesberry v Sanders (1964)

*No right is more precious in a free country than that of having a voice in the election of those who make the laws under which, as good citizens, we must live. Other rights, even the most basic, are illusory if the right to vote is undermined. Our Constitution leaves no room for classification of people in a way that unnecessarily abridges this right. In urging the people to adopt the Constitution, Madison said in No. 57 of The Federalist:*

*"Who are to be the electors of the Federal Representatives? Not the rich more than the poor; not the learned more than the ignorant; not the haughty heirs of distinguished names, more than the humble sons of obscure and unpropitious fortune. The electors are to be the great body of the people of the United States. . . . "[47]*

*US Constitution Amendment 14-2*

But **when the right to vote** at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, **is denied to** any of the male inhabitants of such State, being twenty-one years of age, and **citizens of the United States**, or in **any way abridged,** except for participation in rebellion, or other crime, the basis of **representation** therein **shall be reduced** in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

*Declaration of Independence, 2nd indictment*

He has refused to pass other Laws for the accommodation of large
districts of people, unless those people would relinquish the right
of Representation in the Legislature, a right inestimable to them
and formidable to tyrants only.

1) *"No serious effort was ever made I n Congress to effectuate § 2,"* Government
   Publishing Office Annotated Constitution.
2) 14-2 is a replacement amendment, much the same as the 12th amendment, making the
   resulting situation as absurd to the Constitution as Walter Mondale showing up for work to
   the VP's office in 1985.
3) To sum for clarity, the reigning official Constitutional formula for Congressional and
   Electoral College Apportionment,[6]; has never been applied.
4) This is an arbitrary and capricious inaction by Congress, much like the state legislatures
   in Baker v Carr, Wesberry v Sanders series of cases.
5) In 2016, nearly 11 million American citizens, primarily of color were unable to vote for
   President of the United States, amounting to 3% of the American population, by including
   the 500k plus citizens of the District of Columbia.
6) This number represents approximately 3.5 times the difference in the popular vote in the
   2016 Presidential election, and approximately 100x the difference in the 4 swing states
   that resulted in the electoral college win.
7) The review of this amendment's lack of implementation, the failure of Congress to follow
   a Constitutional mandate, necessitates a conjecture of what a good faith attempt to enforce
   it might look like.
8) 14-2 proscribed a Constitutionally mandated *process* for Congressional Apportionment.
   Congress was not giving itself new powers, that the legislature has responsibilities (and a
   predilection for dereliction of these duties Baker, Wesberry, etc.) for Apportionment as it
   sees fit does not need illumination here.
9) Instead, the scope of taking on this process, having a mandatory regular pre, and possibly
   also post Census reapportionment discussion of the meaning of "in any way abridged"
   would almost certainly provide the desired space for review of ALL of the elements of this
   complaint, and potentially even the Voting Rights Act, either through the 14th amendment
   or via Congress's Constitutional elections powers. It may be, for example likely that they
   would find that registration was an "abridgement". In this day and age a compelling state
   interest in maintaining multiple databases and processes is hard to imagine, especially
   given the additional cost, and the likelihood that many tens of thousands of voters would
   for various reasons not be able to vote on Election day because of registration issue. This
   wouldn't be as radical as might be supposed, as voter registration rate was the criterion

---

[6] one that became far more important with the cap on House Representatives at 435

used for the Voting Rights Act preclearance. If there is a Census year mandatory reapportionment review and bill passed, like the budget, this would presumably be the negotiation time for the territories to make their demands/requests for Apportionment. The hope, and a reasonable tradition would be to simply make any elections changes at that Census time, which would sharply limit the number of election law cases to a particular scheduled focus rather than an ongoing responsibility for the Courts.

# **Apportionment: Island territories and the District of Columbia**

## Wesberry vs Sanders

*Other rights, even the most basic, are illusory if the right to vote is undermined.* ***Our Constitution leaves no room for classification of people in a way that unnecessarily abridges this right.***

10) 3.5 million American citizens in the island territories; Puerto Rico, US Virgin Islands, Guam, American Samoa and the Northern Marianas, have no Congressional representation, no Presidential representation and have no timetable to.

11) In an entirely separate arbitrary inaction involving Congress, there has never been a serious attempt to apportion in millions of people, or to give them state hood.

12) The set of cases normally used to justify this are the Insular cases. Normally, plaintiff's modus operandi would be cut around Dred Scott level case law.  But careful examination of the text; if one insulates oneself from the minefield language, suggests, actually states, consistently and repeatedly, that the analysis framework was such a situation was not in any way intended to be long term. Despite the inarticulate language[7],  the end conclusion that disparate cultures may not allow full implementation of the United States' complex and very bureaucratic system ***immediately.*** Whatever the situation was in 1900 ish to speak of alien ness, the territories now are assigned to specific appellate circuits.

13) *We are also of opinion that the power to acquire territory by treaty implies not only the power to govern such territory, but to prescribe upon what terms the United States will receive its inhabitants, and what their status shall be in what Chief Justice Marshall*

---

[7] Being overly generous here. Tuaua v United States, did not believe the language of the ruling precedent being "politically incorrect" invalidated it's logic. Without bending the knee to the colloquially nomenclatured "woketarians", there are several places where the Court seems to be dancing a precariously close to racism cliff, or simply using a professional sounding language in the public record for less palatable private conversation.  As much as possible without re writing history, pulling forth the good parts of the analysis to a new reigning precedent that doesn't refer to American citizens as savages wherever possible may be a worthy endeavor.

*termed the 'American empire.' There seems to be no middle ground between this position and the doctrine that, if their inhabitants **do not become, immediately upon annexation,** citizens of the United States, their children thereafter born, whether savages or civilized, are such, and entitled to all the rights, privileges and immunities of citizens. If such be their status, the consequences will be extremely serious. Indeed, it is doubtful if Congress would ever assent to the annexation of territory upon the condition that its inhabitants, however foreign they may be to our habits, traditions, and modes of life, shall become **at once** citizens of the United States."*

14) *those possessions are inhabited by alien races, differing from us in religion, customs, laws, methods of taxation, and modes of thought, the administration of government and justice according to Anglo-Saxon principles may **for a time** be impossible, and the question at once arises whether large concessions ought not to be made **for a time, that ultimately our own theories may be carried out and the blessings of a free government under the Constitution extended to them.** We decline to hold that there is anything in the Constitution to forbid such action,"*

15) Whatever  period *"for a time"* was intended, despite the problems in seeking to discern intent through the lens of a century may be, it is difficult to imagine the writers imagined that time period would stretch through 2 World Wars, a Moon Landing, instantaneous world wide communication, and last as long as the Constitution had up to that point. Whatever  burden "alieness" had, presumably this was pre- Circuit Court assignment of the territories(3rd, 2nd, and 9th I believe), one would assume that a society used to channeling their grievances through Circuit Courts, particularly American Circuit Courts would have filled that criterion.

16) In other words, the plausible rationale of the first of the Insular Cases, and the license granted to keep people from representation, weak as it is against the bulk of the Constitutional and case law understanding of the right to vote as vital and fully necessary, expired, decades ago.

17) From the John Marshall quotes, to the Insular Cases, to Tuaua, all note the Constitution is sparse in discussing acquisition of new territory, and people's rights within that territory.

18) Tiptoeing into the murky territory of divining original intent, here, the reason for this seems obvious. Why would the founders, having lived in an Empires' acquired territories without representation, having spent near a decade fighting their former country, not include a mechanism for acquiring territories (colonies) and not extending rights to them? How would they have felt about a national legislature, located across a large body of water

with sovereign authority that refused to allow their representatives a voting say? Rather than belabor the point, here, Plaintiff holds this to be self evident.

19) More than 3.5 million people without voting representation are roughly the same population as Wyoming, Vermont, North Dakota, South Dakota and Alaska, with 10 Senators, 15 Electoral College votes and 5 House reps.

20) What differentiates these 2 sets of 3.5 million people, that one should have 0 representation for a full century plus 20 years, and the other, double the average US representation?

21) Alaska, Hawaii, the Virgin Islands, Puerto Rico,etc all came to be a part of the US at approximately the same time.

22) Slightly different, be dealt with in the same reapportionment is Washington DC's 750,000 with 0 voting Congressional representation despite 3 Electoral College votes, as the area which needs voting representation more than any other, as Washington DC is literally centered around Congress. This is still covered by the scope of the Presidential and Congressional Apportionment; with the cap, changes in size of Washington DC also would shift representation in the United States, taking at least one, and just as likely to shift the decimals to affect the representation in several states.

23) There is a provision in the Constitution about a non voting Federal district; there's also, with the later amendment prioritization, mention in there about "privileges and immunities", due process, "equal protection under the law" but to think that disenfranchising the population the size of each of 7 states rather than, say, drawing a line around the federal buildings in DC

24) Either the right to vote is a Constitutional one, requisite for citzeship or it is not. Either the people in the Islands are Americans or they are not. Either the Privileges and Immunities Clause applies or it does not. Either the Supreme Court's words have meaning which must be carried through into effect, or Congress and the Judiciary, are the tyrant spoken of in the Declaration of Independence; and the remedy path the Founding Fathers took is one which requires consideration.

## Apportionment: Prison Gerrymandering and Felony Disenfranchisement

25) 6 Million Americans- 2.47% of the United States voting age population are ineligible to vote due to felony disenfranchisement, and more than 3 million of these post sentence completion, a de facto life sentence as a second class citizen. Normally this is thought to be a side effect of the United State's (colloquially known as "the land of the free") role as the number 1 jailer in terms of a)total numbers as well as b)per capita in the world today, and likely in human history, it is likely an incentive.

26) In 5 states, African American disenfranchisement reaches 20% of the black male voting age population. This is a clear red flag, especially in states where Voting Rights Act preclearance (not to be confused with RNC preclearance) (such a history of racial discrimination that the Congress required those states to check in before changing their voting laws) previously existed (3/5),

27) It is fairly clear, from the intent- is that this possible loop hole, has morphed into the exact thing it was designed to prevent - the disenfranchisement of black voters by southern states through state action, in this case disproportionate enforcement of crimes against minority populations. In fact, in a manner  is now worse than slavery- the infamous 3/5 ths compromise, gave slave states less credit for disenfranchised people. Felony disenfranchisement is now, the complete transfer of the agency and voting representation rights, from the person charged with a crime- to the people of the community, and more importantly, to state officials of the area, along with jobs, and a source of cheap labor, often paid for by the state, and not the locality. In other words if you have power that you believe someone else might want you to share, it's worth your while to push people further down- all thanks to the "Equal protection Amendment?"

28) Further, it is hardly clear that today's interpretation is the correct one from a textualist-constructionist or an intentionalist view of the Constitution.

29) *Justice Marshall- Richardson vs Ramirez*[8]

30) *The Court construes § 2 of the Fourteenth Amendment as an express authorization for the States to disenfranchise former felons. Section 2 does except disenfranchisement for "participation in rebellion, or other crime" from the operation of its penalty provision. As the Court notes, however, there is little independent legislative history as to the crucial words "or 73\*73 other crime"; the proposed § 2 went to a joint committee containing only the phrase "participation in rebellion" and emerged with "or other crime" inexplicably tacked on.*[16] *In its exhaustive review of the lengthy legislative history of the Fourteenth Amendment, the Court has come upon only one explanatory reference for the "other crimes" provision—a reference which is unilluminating at best.*

31) *The historical purpose for § 2 itself is, however, relatively clear and in my view, dispositive of this case. The Republicans who controlled the 39th Congress were concerned that the additional congressional representation of the Southern States which would result from the abolition of slavery might weaken their own political dominance.*[18] *There were two alternatives available—either to limit southern representation, which was unacceptable on a long-term basis,*[19] *or to insure that southern Negroes, sympathetic to the Republican cause, would be enfranchised; but an explicit grant of suffrage to Negroes was thought politically unpalatable at the time.*[20] *Section 2 of the Fourteenth Amendment*

---

[8] That Richardson vs Ramirez

*was the resultant compromise. 74\*74 It put Southern States to a choice—enfranchise Negro voters or lose congressional representation.*

32) Given that in Florida, felon disenfranchisement renders 25% of the African American voters ineligible, it would seem to be an unfortunate form of voter suppression via race.

33) Plaintiff would say that the meaning of the passage to be a modifier probably best expressed as "rebellion or other *such* crime" would have been a less ambiguous way of stating the meaning, meant to encompass other, similar treasonous acts for which participation in democratic society would be dangerous, and likely to be manipulated to the detriment of the people of the state/country. Given the time period, it seems inconceivable that the framers of the 14th Amendment were unaware that rebellion is in fact a crime,[9] and thus would have said, simply, crime, were that the true intent.

**United States vs. Williams, 1951**

34) *"The dominant conditions of the Reconstruction Period were not conducive to the enactment of carefully considered and coherent legislation. Strong post-war feeling caused inadequate deliberation, and led to loose and careless phrasing of laws relating to the new political issues."*

35) Are we to believe then, that a loophole in a passage meant to ensure national reapportionment as a check on voter disenfranchisement in an amendment, excuse me THE amendment, to ensure equal protection for all men(not being quite enlightened yet to include the fairer sex), after the bloody and protracted war was then meant to have the effect of millions enumerated, for 5/5ths representation, or an even better deal for the "real" citizens in terms of national power, than slavery? It strains credulity that in developing a remedy to ensure southern black people had the right to vote, and a penalty paid for removing voter rights, should become the very instrument of voter right suppression through an ill-defined word. Also, if one is to assume then, that people are, taken out of the voting, would they not then qualify as "all other persons" and have us back at 3/5s?

36) The following section- 14-3 explicitly describes a methodology by which rights, specifically removed for participation in "rebellion or insurrection" can be restored- but says nothing at all about restoration of criminal rights. Is it that the post bellum Congress thought that, rebellion was the only redeemable crime, more so than petty larceny? Or that one or two beat the committee and refused to let it adjourn on their section of the

---

[9] somewhat arguably in a nation whose initial legal document defines the case for which revolution is a responsibility, beyond it's status as a right. Though of course the irony of claiming a document proclaiming all men to be created equal and any government impinging upon a person's liberty or pursuit of happiness was inherently invalid was the legal foundation for forming a government based upon the inequality of man, and the ability to literally bind humans in chain was lost on the Confederacy.

amendment. It seems simpler- and far more congruent with equal protection under the law, and the protection of the right to vote than assuming "treason or other crime" means "any crime."

37) It is well established that the legal justification for the involuntary servitude of prison labor is contained within the 13th amendment, virtually uncontested.

### 13th Amendment

Neither slavery nor **involuntary servitude**, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

### 15th Amendment

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or **previous condition of servitude.**

38) It seems very clear that jailhouse involuntary servitude, allowed by the 13th Amendment, after completed sentence is a previous condition of servitude., as defined by the 15th amendment effectively mandating an automatic full restoration of voting rights post sentence.

39) Further, given the moral hazard presented by the awkwardly phrased, and intent inverted Amendment, we must also look to see the limits of the right. Much like the Plaintiff's right to free speech not extending to the practice of lyrical prose (not "pro se") from the benches in the audience while in the Supreme Court while in session, there are necessary limits to even Constitutional rights, and the states rights under the Constitution therefore can also be held to have limits.

40) The last remaining loophole to legally and permanently remove voters permanently from the rolls- disproportionate enforcement of the same laws, would yield a significant enough advantage

41) Consider that we have already reviewed several instances in which ist is abundantly clear that there are people willing to go to great and illegal attempts to suppress votes, and hence federal civil rights.

42) Sadly, the Black Codes in the South provide adequate example of previous attempts to disproportionally affect black voters  That Prisons are sometimes placed in districts to make them more safe is hardly unknown.

43) At the time of Richardson vs Ramirez, 1974, the total number of disenfranchised was still large for a society of this size- a million plus would be one of the largest prison countries on the planet even today; but today that number has reached 6 million or 2% of the US population; in Florida, the number of felony disenfranchised reaches 10% of their population, and approximately 25% of the black population. In and of itself;  numbers that merit investigation.

44) Taken with Florida's unfortunate legal funding systems- my recent understanding is that the Judicial system tries to operate  is required to come from fines levied- making every criminal ruling in the state of Florida one which the system as a whole, if not the individual judges – have pecuniary interest, a corporation whose sales numbers to be maintained, whose product sales are criminal convictions, and as an added performance incentive, by enforcing, and sentencing laws and fines disproportionately, certain political interests can weaken political rivals by capturing potential votes against your interests and transfer their non voting numbers, and to a handily created rotten district of where your interests will remain entrenched.

# 4th CLAIM FOR RELIEF

The United States of America does not have a sufficient process for reviewing Presidential Emoluments Clause issues,  nor a reliable mechanism for reviewing criminal and civil violations by the Executive branch

**Emoluments Clause, DOJ Conflicts with Executive investigation, Malapportionment,**

1. Foreign emoluments and the inability of the American system of law to deal with problems involving the Executive Branch- in it, what was discussed was

2. Malapportionment – specifically that the failure of Congress to properly Apportion the country was a possible defect in the election citing 14-2

My mind set in rushing to put something in the que was based off of  2 factors:

1. very real concerns about the ability of the US government's structure to handle legitimate complaints or issues with core government branches, especially with federal criminal charging power- and investigation powers, primarily vested in the Executive branch. Presumably the House is at least with an alternate party in control of the House, is sort of the DOJ for POTUS's legal violations. But relying on DOJ to fully investigate the President without bias is hard to imagine in this day and age. Judge Walton noted in a Buzzfeed case around Barr and the Mueller report-

> *"I also worked for the department," Walton said. "Sometimes the body does what the head wants."*

The entire 2nd half of the Mueller report is a litany of proof of what is fairly obvious; and could be construed as an extension of not only the due process portion of the 5th amendment but also the bear witness; it hardly seems likely that one can have the solemn right not to bear witness against oneself, but be required to oversee an investigation of oneself. This is, on it's face absurd. As Alan Greenspan once admitted, and I paraphrase "Self regulation don't work" See also Saturday night Massacre


2. as well as the magnitude of dangers of someone in an Officer who seemed unbound, unfamiliar and uninterested in the Constitution, despite reaching that office because of a unique, quirky rarely used and never legally tested feature (it should be noted that the electoral college was put in when 2nd place in the Presidential election became the Vice President, while the change makes sense, it certainly calls into question whether or not the process would work the same way, or the amended system still met the original goals), never mind if he was in hoc to foreign powers, o.

1. Special Counsel's Report-
   a. Demonstrated that the necessary elements of motive , opportunity and consideration(whether or not a market $$ amount can be applied is completely irrelevant, and would also invalidate any espionage case) were present for the bulk of the possible conspiracy charges. The only item- that supports no collusion is that there were no emails found. Not exactly a counterintelligence expert but it seems highly unlikely that there would be; assuming that this would involve experienced intelligence officers and or Mafia (both with alleged nexus to this situation) done by or that this would possibly be an element of the evidence or a demonstration of innocence/exoneration
   b. *On July 27 2016, Unit 26165 targeted email accounts connected to candidate Clinton's personal office . Earlier that day, candidate Trump made public statements that included the following: "Russia, if you're listening, I hope you're able to find the 30,000 emails that are missing. I think you will probably be rewarded mightily by our press." 183 The "30,000 emails" were apparently a reference to emails described in media accounts*

as having been stored on a personal server that candidate Clinton had used while serving as Secretary of State.

Within approximately **five hours of Trump's statement**, GRU officers targeted for the first time Clinton's personal office. After candidate Trump's remarks, Unit 26165 created and  sent malicious links targeting 15 email accounts at the domain including an email account belonging to Clinton aide The investigation did not find evidence of earlier GRU attempts to compromise accounts hosted on this domain.

c.   Descriptions of obstruction of justice ( I personally would refer to more as fraud and conspiracy to commit fraud)) in which Don McGahn, White House Counsel stated that the Mr. Trump asked him to create a false document for the purposes of submittal to the FBI investigation.

C    Bank information- What was not covered by the Special Counsel's report was financial review- and it seems very strange to not review the relevant financial portions

https://www.theguardian.com/business/2019/apr/17/deutsche-bank-faces-action-over-20bn-russian-money-laundering-scheme

"Deutsche Bank was embroiled in a vast money-laundering operation, dubbed the <u>Global Laundromat</u>. Russian criminals with links to the Kremlin, the old KGB and its main successor, the FSB, used the scheme between 2010 and 2014 to move money into the western financial system. The cash involved could total $80bn, detectives believe.

Shell companies typically based in the UK <u>"loaned" money to each other</u>. Companies then defaulted on this large fictitious debt. Corrupt judges in Moldova <u>authenticated the debt</u> – with billions transferred to Moldova and the Baltics via a bank in Latvia."

"Deutsche is also under scrutiny in Washington over its financial dealings with Donald Trump. On 15 April, Democrats from the House intelligence and financial services committees <u>issued a subpoena</u>, demanding the bank provide documents about its lending to the president.

Over two decades, Trump borrowed more than $2bn from Deutsche. In 2008, he defaulted on a $45m loan repayment and sued the bank. Its private wealth division in New York subsequently loaned Trump a further $300m – a move that bemused insiders and which has yet to be fully explained."

# 5ᵗʰ CLAIM FOR RELIEF

14ᵗʰ amendment due process includes, reasonable security, chain
of custody records, best practices for technologies used to tally
votes; audits- that must have a minimum definition, nationally

*5ᵗʰ,14ᵗʰ Amendment due process, 21 CFR Part 11*

*The final visit of the day was to monitor something no other country in the world does — a public, citizen's audit. When the voting is finished a random sample of 53% of voting machines is selected at each precinct for a citizen audit. This can be monitored by all political parties, the media, and the public. Machines are randomly selected, there is a printout of the electronic result made, all the paper records (which have been approved by each voter) are removed from the ballot box. Each record is read out loud, first the candidates voted for are called out and then the political parties. These are recorded by hand. Each paper record is shown to observers during this process. When the printed records are counted they are compared to the electronic count of the machine.  This unique on-the-spot audit is a very high percentage of machines checked on election day. This is one of the many reasons that experts recognize Venezuela for having the best run voting system in the world.*

To be clear,  there is no claim here that Venezuela does or does not function in a the manner of a republic; there are several ways and mechanisms to have sham elections even with a process like this; however, I include this passage from an American journalist for the purpose of demonstrating how much more is possible, as I find it highly unlikely that this sounds like any election any person reading this has participated in or presided over questions of.  It also is for shock and shame value, frankly, to illustrate that a nation under sanctions by the United States presumably for the illegitimate democracy ( no matter how wonderful electronic voting audit processes are, ballot access for candidates and voters still trumps an accurate count) has light years more advanced voting systems, and processes than the United States of America.

In the 2016 American election, I voted on a push button DRE, with no paper back up. It wasn't until fairly recently, even during the course of writing this complaint that I realized that the voting machine I used had been outlawed in via the court system in Gusicora vs McGreevy, 10 years before that vote. It was later enshrined into the state c, though they put me through, where, he refused to answer basic questions about the voting process, though I felt I was asking simple questions. He also, refused to give me his

name. onstitution, albeit with a rider that they are ok until the feds pump in money for new machines?  I called the county elections office, where they refused to give me the name of their supervisor

In fact; there is nothing which I can verify that any actual tally occurred. There is nothing readily available to indicate whether any tally took place rather than simply filled in by the a precinct captain or some other election official, and posted.

It is difficult to over state the inappropriateness of the current voting machine mindset, in which no paper record is left, and proprietary systems are used, without any oversight.

Voting is hardly complex to a computer; the core function is adding 1 to an existing vote count in memory.  In fact regardless of what language it is written in; it is safe assumption that what ever voting machine language being used the generalized formula is something on the order of "onclick (n=n+1)" [10]

Those old school solar power calculators any one over the age of thirty-five had or saw at some point have this function., storing a number in memory which can be recalled, added to, and saved again.  Simple stuff.

It is no exaggeration to say that most voting centers with up to a 100 screens could be run from this cheap laptop these words are written on.  While it is theoretically possible, a single smartphone probably couldn't run the voting machines of entire states because computer systems require the same if not more management overhead for additional processes, as humans do for additional people to manage. But very close.

So when there are regular conversations like, localities can't afford Windows Upgrades, or upgrades to networking infrastructure, the boat seems to be missed; these seem like bad product choices, insecure from the start,  introducing extra layers of expense, and complexity.

Either of these two examples should be enough to demonstrate a need for a more robust election security.

## Mueller Report: GRU Hacking (2019)

*A. GRU Hacking Directed at the Clinton Campaign*

*1. GRU Units Target the Clinton Campaign*

---

[10] Systems required to save whole ballots would operate with additional mechanisms.

*Two military units of the GRU carried out the computer intrusions into the Clinton*

*Campaign, DNC, and DCCC: Military Units 26165 and 74455. 110 Military Unit 26165 is a GRU cyber unit dedicated to targeting military, political , governmental , and non-governmental*

*organizations outside of Russia, including in the United States. 111 The unit was sub-divided into*

*departments with different specialties. One department, for example, developed specialized*

*malicious software "malware" , while another de artment conducted large-scale spearphishing*

*109 As discussed in Section V below, our Office charged 12 GRU officers for crimes arising from*

*the hacking of these computers, principally with conspiring to commit computer intrusion s, in violation of18 U.S.C. §§ 1030 and 371. See Volume I, Section V.B, infra; Indictment , United States v. Netyksho , No.*

*I :18-cr-215 (D.D.C. July 13, 2018), Doc. 1 ("Netyksho Indictment") .*

*110 Netyksho Indictment ,r 1.*

*111 Separate from this Office 's indictment of GRU officers , in October 2018 a grand jury sitting in the Western District of Pennsylvania returned an indictment charging certain members of Unit 26165 with hacking the U.S. Anti-Doping Agency, the World Anti-Doping Agency, and other international associations. United States v. Aleksei Sergeyevich Morenets, No. 18-263 (W.D. Pa.).*

*112 A spearphishing ema il is designed to appear as though it originates from a trusted source, and solicits information to enable the sender to gain access to an account or network, or causes the recipient to366(e)secure bitcoins used to purchase computer infrastructure used in hacking operations. 113*

*Military Unit 74455 is a related GRU unit with multiple departments that engaged in cyberoperations. Unit 74455 assisted in the release of documents stolen by Unit 26165, the promotionof those releases, and the publication of anti-Clinton content on social media accounts operated bythe GRU. Officers from Unit 74455 separately hacked computers belonging to state boards of elections, secretaries of state, and U.S. companies that supplied software and other technology related to the administration of U.S. elections. 114*

*Beginning in mid-March 2016, Unit 26165 had primary responsibility for hacking the*

*DCCC and DNC, as well as email accounts of individuals affiliated with the Clinton Campaign: 115Unit 26165 used began before the GRU had obtained any credentials or gained accessto these networks , indicating that the later DCCC and DNC intrusions were not crimes of opportunity but rather the result of targeting. 116 GRU officers also sent hundreds of spearphishing emails to the work and personal email accounts of Clinton Campaign employees and volunteers. Between March 10, 2016 and March 15, 2016 , Unit 26165 appears to have sent approximately 90 spearphishing emails to email*

*accounts at hillaryclinton.com. Starting on March 15, 2016, the GRU began targeting Google email accounts used by Clinton Campaign employees, along with a smaller number of dnc.org email accounts. 117The GRU spearphishing operation enabled it to gain access to numerous email accounts of*
*Clinton Campaign employees and volunteers, including campaign chairman John Podesta , junior volunteers assigned to the Clinton Campaign's advance team, informal Clinton Campaign advisors, and a DNC employee. 118 GRU officers stole tens of thousands of emails from spearphishing victims, including various Clinton Campaign-related communications.*
*download malware that enables the sender to gain access to an account or network.*

*a. Initial Access*
*By no later than April 12, 2016, the GRU had gained access to the DCCC computer network using the credentials stolen from a DCCC employee who had been successfully spearphished the week before. Over the ensuing weeks, the GRU traversed the network, identifying different computers connected to the DCCC network. By stealing network access credentials along the way (including those of IT administrators with unrestricted access to the system), the GRU compromised approximately 29 different computers on the DCCC network. 119 Approximately six days after first hacking into the DCCC network, on April 18, 2016, GRU officers gained access to the DNC network via a virtual private network (VPN) connection 120*
>*between the DCCC and DNC networks. 121 Between April 18, 2016 and June 8, 2016, Unit26165*
>*compromised more than 30 computers on the DNC network, including the DNC mail server and shared file server. 122*

If the previous passage seems heavy, it's because it is. What chance would the county clerk in say, Tioga county, or Sheboygan  have, if the RNC and DNC – national orgs with hundreds of millions in pass through revenue, were hacked by a team of 20-30 full time hackers, affordable by nearly every major and most minor powers on earth, including corporate entities, and even simple multi-millionaires.


## Venango County Investigation

David Eckhardt performed an Election audit  in Venanago County in 2011. Those machines were likely used in 2016. However, PA has undergone significant improvements in election system monitoring since then, performing Risk limiting Audits. While  Pennsylvania seems to be covered- it still serves as an example of the kinds of issues likely lurking

*It appears **that remote-access software was installed** on the computer after it was purchased.*
*This **software appears to have been used at least** once for a non-trivial amount of time.*
*• Various remote-access settings are configured in a way that is probably unwise.*
*• We observed an anomaly related to a "log file" obtained from Unity.*

*Unity "log file" anomaly*
*When requested, Unity will produce a file named EL68A.LST. The documentation [9] describes*
*this file as follows:*
*System Log: Generate a System Log report to list every action performed in your*
*election system in chronological order.*
*However, some records appear not to be in chronological order. Here is an excerpt from*
*the EL68A file found on the computer when we imaged it:*
*05-13 01:34 pm DATABASE RESET*
*05-13 01:34 pm THERE ARE NO VOTING TERMINAL AUDIT DATA TO BE CLEARED*
*05-13 01:34 pm CLEARED CONSOLIDATED AUDIT DATA*
*05-13 01:34 pm EXITED ELECTION REPORTING MANAGER SYSTEM*
*05-13 01:35 pm EXITED ELECTION REPORTING MANAGER SYSTEM*
*07-09 12:05 am ENTERED ELECTION IN ELECTION REPORTING MANAGER*
*07-09 12:07 am ELECTION SUMMARY-GROUP DETAIL WAS PRINTED TO*
*EL45A.LST*
*07-09 12:07 am EXITED ELECTION REPORTING MANAGER SYSTEM*
*07-09 12:11 am ENTERED ELECTION REPORTING MANAGER SYSTEM - REL*
*7.1.2.0^M*
*07-09 12:11 am PRECINCT REPORT-GROUP DETAIL WAS PRINTED TO EL30A.LST*
*07-09 12:12 am EXITED ELECTION REPORTING MANAGER SYSTEM*
*05-16 03:39 pm ENTERED ELECTION REPORTING MANAGER SYSTEM - REL*
*7.1.2.0^M*
*05-16 03:40 pm ELECTION SUMMARY-GROUP DETAIL WAS PRINTED TO*
*EL45A.HTM*
*05-16 03:57 pm ELECTION SUMMARY-GROUP DETAIL WAS PRINTED TO*
*EL45A.HTM*
*05-16 04:19 pm ENTERED ELECTION IN ELECTION REPORTING MANAGER*

## RELIEF SOUGHT

1. Rule on 1. Adopt transparency guidelines, and redress ability guidelines for audits on elections, election systems. Require election systems at a minimum adhere to 21 CFR Part 11   Declaratory relief on minimally compliant Constitutional standards, to serve as law until Congress can pass an appropriate law.

2. Determine whether or not Presidential power was appropriately transferred; there has been someone assuming the office who did not hold it. Standard operating procedure says the Speaker is sworn in

3. Subpoenas to get from 50 states and the District of Columbia, detailed reports on voters, voters purged when and for what reason

4.  Writ of Mandamus to order a comprehensive, external investigation, and audit of the election processes of all states, possibly from UN and report to base findings upon, as well as state by state, list of complaints

5. Establish an end to end election systems data format, and process models that allows for review and cross state comparison of various factors in determining the law around election judgments

6.  Retain jurisdiction over this action to monitor and enforce Defendants' compliance withthe national remedial plan and all associated orders of this Court

7. Grant such other and further relief as the Court deems just and proper.

8. Additional relief requested in emergency motions

9.  Leave to amend- there are other voices which must weigh in, and additional avenues which must be covered to make a reform comprehensive enough to even allow for real re vote, or to have trustworthy elections

ORDER 42 USC 1971 VOTING DISCRIMINATION PATTERNS AND PRACTICES INVESTIGATION USING FEDERAL VOTING RIGHTS CASES AND ELECTIONS RECORDS SINCE *SHELBY V HOLDER*;

1. Request for deputization as a special  Marshal status under Court Authority, to enforce actions as such that the Court should deem as necessary, and court ordered law enforcement Writ

2. Immediate review on whether or not Constitutional Authority , declaratory and injunctive relief as necessary on elector qualifications; as an extensive but not exhaustive amount of evidence  and the relevant case law exist in already filed paper work

3. Schedule Discovery conference, to review a 50 state and territory election data and processes for

4. Order that US election equipment be held to existing 21 CFR Part 11 standards ;

5. Costs for review awarded as damages from Treasury, as well as necessary attorney's fees

6. Injunction on Article II White House actions, and any Appointments

7. Declaratory relief on the Emouluments clause as it relates to the Presidency, and publically available

Additional relief requested in accompanying Emergency injunctive relief motion/petition for Extraordinary Writ.


*Darrell Prince*                    **9/4/2020**